No. 98–376. JACKSON ET AL. *v.* BENSON ET AL. Sup. Ct. Wis. Motion of National School Boards Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BREYER would grant certiorari. 